**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**June 15, 2006**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

BILLY HILL,

        Plaintiff-Appellant,

v.

JO ANNE B. BARNHART,
Commissioner of the Social Security
Administration,

        Defendant-Appellee.

No. 05-5049
(D.C. No. 02-CV-126-PJC)
(N.D. Okla.)

**ORDER AND JUDGMENT**[*]

Before **LUCERO**, **EBEL**, and **MURPHY**, Circuit Judges.

Billy Hill appeals the district court's denial of an award of attorney fees

under 42 U.S.C. § 406(b)(1). In *McGraw v. Barnhart*, __ F.3d __, No. 05-5079

(10th Cir. June 13, 2006), this court held that § 406(b)(1) allows an award of fees

when the district court has remanded a Title II Social Security case for further

---

[*]    After examining the briefs and appellate record, this panel has determined
unanimously to grant the parties' request for a decision on the briefs without oral
argument. *See* Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore
ordered submitted without oral argument. This order and judgment is not binding
precedent, except under the doctrines of law of the case, res judicata, and
collateral estoppel. The court generally disfavors the citation of orders and
judgments; nevertheless, an order and judgment may be cited under the terms and
conditions of 10th Cir. R. 36.3.

proceedings.  Thus, the judgment of the district court is REVERSED and REMANDED for further proceedings in light of *McGraw*.  Appellant's motion to file an addendum of recent citations is GRANTED and the Clerk is directed to accept the addendum for filing as of the date of original receipt.

Entered for the Court


David M. Ebel
Circuit Judge